# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2020 KW 0076

VERSUS

JASON JARRELL SPIKES                                        **MAY 1 2 2020**

_____

In Re:    Jason Jarrell Spikes, applying for supervisory writs,
          22nd Judicial District Court, Parish of Washington,
          No. 14-CR8-126847.

_____

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                              PMc
                              JEW
                              GH

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
          FOR THE COURT